IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

HAGLER SYSTEMS, INC.,
ROBERT S. HAGLER, SR. and
DAVID R. HAGLER, SR.,

    Plaintiffs,

v.

HAGLER GROUP GLOBAL, LLC,
BENJAMIN L. HAGLER, SR.,
BENJAMIN L. HAGLER, JR., and LEE
HENRY,

    Defendants.

Civil Action No.: 120-026

## TEMPORARY RESTRAINING ORDER

Upon consideration of the verified complaint of Plaintiffs, as well as Plaintiffs' Motion for Temporary Restraining Order, all supporting declarations and supporting memorandum of law, the Court finds, based upon the findings set forth in the hearing on this matter held earlier today, that Plaintiffs have demonstrated (1) a substantial likelihood of success on the merits; (2) that Plaintiffs will suffer irreparable harm unless the Temporary Restraining Order issues; (3) the threatened harm to the Plaintiffs outweighs the damage the proposed injunction may cause the Defendants; and (4) if issued, the Temporary Restraining Order would not be adverse to the public interest. As required by Federal Rule of Civil Procedure 65 (b) (1) (B) counsel for Plaintiffs has certified in writing efforts made to give notice to Defendants. Accordingly, it is **HEREBY ORDERED** that Plaintiffs' motion is **GRANTED** as follows:

    A.    Defendants are restrained and enjoined from utilizing, disclosing, misappropriating, or converting any of Hagler Systems, Inc.'s ("HSI") trade secrets;

B.  Defendants are ordered to return all of HSI's trade secrets without retaining any copies of the same;

C.  Defendants are ordered to preserve HIS's stolen documents in their possession; and

D.  Plaintiffs are allowed to conduct a forensic examination of all electronic devices and media in the possession, custody, or control of Defendants, including, without limitation, computers, tablets, external hard drives, other external media and storage devices, and smart phones, and Defendants are ordered to cooperate with such examination.

**THE COURT FURTHER ORDERS** Plaintiffs to post a $25,000.00 cash bond as security as required by Rule 65.

**IT IS FURTHER ORERED** that this Temporary Restraining Order shall remain in effect until the earlier of fourteen (14) days from the date of this Order, or until this Court's determination of whether this temporary restraining order should be converted into a preliminary injunction, the hearing for which is scheduled for **Monday, March 2, 2020 at 3:00 p.m.** in the Grand Jury Room, 2nd Floor, United States District Courthouse located in Augusta, Georgia.

**SO ORDERED**, this ___19th___ day of February, 2020, at ___5:20___ p.m.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA