IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| HAGLER SYSTEMS, INC.; ROBERT S. HAGLER, SR.; and DAVID R. HAGLER, SR., | * * * * | |
| Plaintiffs, | * * | |
| v. | * * | CV 120-026 |
| HAGLER GROUP GLOBAL, LLC; BENJAMIN L. HAGLER, SR.; BENJAMIN L. HAGLER, JR.; and LEE HENRY, | * * * * * | |
| Defendants. | * | |

O R D E R

Before the Court is Plaintiffs' notice of dismissal with prejudice. (Doc. 97.) Plaintiffs filed the notice prior to Defendants having served either an answer or a motion for summary judgment. Upon due consideration, this Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees except as otherwise agreed by the Parties. Further, in accordance with the terms of the Consent Order, the Court retains jurisdiction over this matter and the Parties as may be necessary to enforce the provisions of the Consent Order and all related terms of settlement. (See Consent Order, Doc. 96, ¶ 5.)

In addition, the Court **GRANTS** the Parties' Joint Motion for Release of Bond. (Doc. 98.) The Clerk is **DIRECTED** to return to Hagler Systems, Inc. the sum of $25,000.00 deposited into the Registry of the Court plus any accrued interest. (<u>See</u> Clerk's Certificate, Doc. 8.)

**ORDER ENTERED** at Augusta, Georgia, this 22nd day of July, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA