IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| HAGLER SYSTEMS, INC., ROBERT S. HAGLER, SR., and DAVID R. HAGLER, SR., <br><br> Plaintiffs-Appellees, <br><br> vs. <br><br> HAGLER GROUP GLOBAL, LLC, BENJAMIN L. HAGLER, SR., BENJAMIN L. HAGLER, JR., and LEE HENRY, <br><br> Defendants-Appellants. | Case No.: CV 120-026 <br><br> Appeal No.: 20-11872-DD |

O R D E R

The appeal in the above-styled action having been DISMISSED by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

SO ORDERED, this ___30th___ day of July 2020.

_____
HONORABLE J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA